UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>        Plaintiff,<br><br>    v.<br><br>SENG TRAN,<br><br>        Defendant. | Case No. 14-cv-5233 NC<br><br>**NOTICE OF DEFICIENCY**<br><br>Re: Dkt. No. 10 |

Plaintiff Rick Futia brings ADA litigation against defendant Seng Tran. The parties met to discuss their settlement options on January 4, 2015, under the ADA standing order. Since the parties did not settle, they should have filed a notice of need for mediation within 42 days of the joint site inspection. The deadline has passed. The Court orders the parties to file the notice of need for mediation within 14 days.

Additionally, the Court has not yet received consent from Tran. The Court orders Tran to consent or decline to this magistrate judge's jurisdiction within 14 days. The forms are available at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: June 4, 2015

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge

Case No.: 14-cv-5233 NC