THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
E-MAIL t_stew_3@yahoo.com

Jason G. Gong (SBN 181298)
LAW OFFICE OF JASON G. GONG
*A Professional Corporation*
2121 N. California Blvd., Suite 290
Walnut Creek, CA  94596
Telephone:  (925) 735-3800
Facsimile: (925) 735-3801
Email: jgong@gonglawfirm.com

Attorneys for Plaintiff RICK FUTIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA, | Case No. 5:14-cv-05233-NC |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| SENG TRAN, | |
| Defendant. | |

The parties hereby stipulate as follows:

1.      The parties have reached a full and final settlement of all issues in this action and have executed a settlement agreement.  Some parts of the agreement are to be performed in the future.

2.      Although the parties are hereby dismissing this action with prejudice, they agree that this Court shall retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

3.      The parties request that this Court retain jurisdiction for 18 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of

1   *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994) and General

2   Order No. 56 at ¶ 7 (N.D. Cal.) (July 17, 2003) ("Should any settlement be conditioned upon

3   future conduct such as remediation, the assigned judge will retain jurisdiction to enforce that

4   component of the settlement.").

5          4.      IT IS HEREBY STIPULATED by and between the parties to this action through

6   their designated counsel that this action be and hereby is dismissed with prejudice pursuant to

7   FRCP 41(a)(2), and that the Court retains jurisdiction to enforce the terms of the Settlement

8   Agreement for 18 months after the date hereof.

9                                          Respectfully submitted,

10  Dated:  June 5, 2015                    LAW OFFICE OF JASON G. GONG
                                            *A Professional Corporation*

11

12                                          */s/  Jason G. Gong*
                                    By:     _____

13                                          Jason G. Gong
                                            Attorney for Plaintiff Rick Futia

14

15  Dated:  June 5, 2015                    HOGE, FENTON, JONES & APPEL, INC.

16                                          */s/ James R. Hawley*
                                    By:     _____

17                                          Sean A. Cottle
                                            James R. Hawley

18                                          Attorneys for Defendant Seng Tran

19

20                          **STATEMENT OF ATTESTATION**

21          The undersigned makes the following statement of attestation pursuant to Civil Local

22  Rule 5-1(i)(3) (N.D. Cal.) (effective January 14, 2015).  On June 5, 2015, I obtained the

23  concurrence from James R. Hawley, counsel for defendant Seng Tran.

24  Dated:  June 5, 2015                    LAW OFFICE OF JASON G. GONG
                                            *A Professional Corporation*

25

26                                          */s/  Jason G. Gong*
                                    By:     _____

27                                          Jason G. Gong
                                            Attorney for Plaintiff RICK FUTIA

28

1

**[~~PROPOSED~~] ORDER**

2          Pursuant to the parties' stipulation, the Court hereby dismisses the above-referenced action

3   with prejudice and retains jurisdiction to enforce the terms of the parties' settlement agreement.

4          IT IS SO ORDERED.

5

6   Dated:  June __8__, 2015

7

8                                         

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28